# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

SHAUNTAY JERMAINE WHEATON,

    Petitioner,

vs.

MR. MCDANIEL, et al.,

    Respondents.

Case No. 3:06-CV-00397-LRH-(VPC)

**ORDER**

    Petitioner has submitted a letter (#5), in which he asks for blank forms, apparently to commence a new action, or for additional time to file an application to proceed <u>in forma pauperis</u>. Because this action is still open, the Court will grant the latter request.

    IT IS THEREFORE ORDERED that Petitioner's request for an extension of time (#5) is **GRANTED**. Petitioner shall have through September 25, 2006, to comply with the Court's Order #3.

    DATED this 17th day of August, 2006.

    _____
    LARRY R. HICKS
    United States District Judge