# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

SHAUNTAY JERMAINE WHEATON,

    Petitioner,

vs.

MR. MCDANIEL, et al.,

    Respondents.

Case No. 3:06-CV-00397-LRH-(VPC)

**ORDER**

    Petitioner having submitted an Unopposed Motion for an Enlargement of Time (Second Request) (#40), and good cause appearing;

    IT IS THEREFORE ORDERED that Petitioner's Unopposed Motion for an Enlargement of Time (Second Request) (#40) is **GRANTED**.  Petitioner shall have through November 6, 2007, to file and serve points and authorities in response to Motion to Dismiss (#29).

    DATED this 30th day of October, 2007.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE