# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

SHAUNTAY JERMAINE WHEATON,

    Petitioner,

vs.

MR. MCDANIEL, et al.,

    Respondents.

Case No. 3:06-CV-00397-LRH-(VPC)

**ORDER**

    Respondents having submitted a Motion for Enlargement of Time (First Request) (#43), and good cause appearing;

    IT IS THEREFORE ORDERED that Respondents' Motion for Enlargement of Time (First Request) (#43) is **GRANTED**. Respondents shall have through December 20, 2007, to file and serve reply points and authorities to Petitioner's Opposition to Motion to Dismiss (#42).

    DATED this 26th day of November, 2007.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE