# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

SHAUNTAY JERMAINE WHEATON,

    Petitioner,

vs.

MR. MCDANIEL, et al.,

    Respondents.

Case No. 3:06-CV-00397-LRH-(VPC)

**ORDER**

Respondents having submitted a Motion for Enlargement of Time (Second Request) (#50), and good cause appearing;

IT IS THEREFORE ORDERED that Respondents' Motion for Enlargement of Time (Second Request) (#50) is **GRANTED**. Respondents shall have through May 30, 2008, to file and serve an answer or other response to the First Amended Petition (#14).

DATED this 9th day of May, 2008.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE