# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

SHAUNTAY JERMAINE WHEATON,

    Petitioner,

vs.

MR. MCDANIEL, et al.,

    Respondents.

Case No. 3:06-CV-00397-LRH-(VPC)

**ORDER**

    The Court ordered (#46) Respondents to answer or otherwise plead to the First Amended Petition (#14), and the Court has granted several enlargements of time. Respondents have not complied with the Court's Order (#46) within the allotted time.

    IT IS THEREFORE ORDERED that Respondents shall have ten (10) days from the date that this Order is entered to comply with the Court's Order (#46) or to show cause in writing why such compliance is impossible.

    DATED this 15th day of July, 2008.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE