# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

SHAUNTAY JERMAINE WHEATON,

    Petitioner,

vs.

MR. MCDANIEL, et al.,

    Respondents.

Case No. 3:06-CV-00397-LRH-(VPC)

**ORDER**

    Respondents have submitted a Response to Court Order and Motion for Enlargement of Time (Fourth Request) (#56). Good cause appearing;

    IT IS THEREFORE ORDERED that Respondents' Motion for Enlargement of Time (Fourth Request) (#56) is **GRANTED**. Respondents shall have through August 11, 2008, to file and serve an answer or other response to the First Amended Petition (#14).

    DATED this 4th day of August, 2008.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE