AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

_____\*\*\*\*\*_____ DISTRICT OF __NEVADA__

SHAUNTAY JERMAINE WHEATON,

        Plaintiff,                    **JUDGMENT IN A CIVIL CASE**

  V.

                                      CASE NUMBER:   **3:06-CV-0397-LRH (VPC)**

MR. MCDANIEL, et al.,

        Defendants.

___     **Jury Verdict.** This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

___     **Decision by Court.** This action came to trial or hearing before the  Court.  The issues have been tried or heard and a decision has been rendered.

**X**     **Decision by Court.** This action came to be considered before the Court.  The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that the First Amended Petition [14] is DENIED

  _August 25, 2009_                                         **LANCE S. WILSON**
                                                       Clerk

                                           /s/ Marti Campbell
                                                   Deputy Clerk