# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| SHAUNTAY JERMAINE WHEATON,<br><br>    Petitioner,<br><br>vs.<br><br>MR. MCDANIEL, et al.,<br><br>    Respondents. | Case No. 3:06-CV-00397-LRH-(VPC)<br><br>**ORDER** |

Respondents having submitted a Motion for Enlargement of Time (First Request) (#67), and good cause appearing;

IT IS THEREFORE ORDERED that Respondents' Motion for Enlargement of Time (First Request) (#67) is **GRANTED**. Respondents shall have through October 29, 2009, to file and serve a response to Petitioner's Application for Certificate of Appealability (#66).

DATED this 13th day of October, 2009.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE